■ GEORGETTE GONZALEZ, Appellant, v MOUNT VERNON NEIGHBORHOOD HEALTH CENTER, INC., Respondent. [22 NYS3d 872]—

Judgment, Supreme Court, Bronx County (Mark Friedlander, J.), entered September 2, 2014, granting defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Dismissal of the complaint was proper in this action where plaintiff was injured when she tripped and fell over the base of a stanchion that was being used to create a pathway to a service window. The record establishes that the condition complained of was open, obvious and not inherently dangerous (*see Villanti v BJ's Wholesale Club, Inc.*, 106 AD3d 556 [1st Dept 2013]; *Broodie v Gibco Enters., Ltd.*, 67 AD3d 418 [1st Dept 2009]).

Supreme Court properly refused to consider the statutes and administrative regulations that were purportedly violated since they were raised by plaintiff for the first time in opposition to the summary judgment motion (*see e.g. Jean-Baptiste v 153 Manhattan Ave. Hous. Dev. Fund Corp.*, 124 AD3d 476 [1st Dept 2015]). In any event, as found by the court, the cited statutes and regulations are not applicable to the facts of this matter.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., Renwick, Saxe and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON GOODWIN, Appellant. [22 NYS3d 872]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (James M. Burke, J.), rendered on or about April 2, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Saxe and Moskowitz, JJ.